JOSEPH GARRETT, PLAINTIFF IN ERROR, v. THE STATE OF NEW JERSEY, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of the Supreme Court, see *ante p.* 94.

For the plaintiff in error, *Babbitt & Lawrence.*

For the defendant in error, *Charles H. Winfield.*

PER CURIAM.

The judgment of the court below is affirmed, for the reasons stated by that court.

*For affirmance*—DIXON, MAGIE, REED, SCUDDER, BROWN, CLEMENT, COLE, MCGREGOR, PATERSON.    9.

*For reversal*—None.